JOHN C. CRUDEN
Assistant Attorney General
JOHN S. MOST
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-616-3353 (voice)
202-305-0506 (fax)
john.most@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney (Bar No. 4790)
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY OF LAS VEGAS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>U.S. BUREAU OF LAND )<br>MANAGEMENT, *et al.,* )<br>)<br>Defendants. )<br>) | Case No.: 2:14-cv-01566-JAD<br><br>DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF A SCHEDULING ORDER |

Defendants hereby respectfully move for entry of an order setting a new schedule for further proceedings in this action.  The undersigned has conferred with counsel for Plaintiffs, who do not oppose this request for a scheduling order.  In support of this motion, Defendants state as follows.

This action concerns public lands managed by Defendant, the Bureau of Land Management ("BLM"), located within the northern portion of the Las Vegas Valley – previously defined as the Upper Las Vegas Wash Conservation Transfer Area ("CTA").  On August 12, 2015, the parties filed a stipulation jointly requesting that the stay of proceedings, then about to expire, be extended until September 9.  Doc. No. 24.  The stipulation noted passage of the National Defense Authorization Act for Fiscal Year 2015 ("NDAA"), which, among other things, designated the vast majority of the lands in the CTA as part of a national monument and expressly terminated BLM's decision regarding the CTA.  In addition, the stipulation indicated that BLM had advised Plaintiffs in writing that the NDAA negated the decision challenged in this case, rendering it no longer effective.

On August 13, the Court entered an order extending the stay to September 9.  In addition, the Court denied Defendants' pending motion to dismiss, but did so "without prejudice to refiling" or to the "filing of a revised motion to dismiss."  Doc. No. 11.  Given the significant change in circumstances brought about by the NDAA, Defendants intend to file a revised motion to dismiss (in lieu of an answer), unless further discussions among the parties lead to voluntary dismissal.  To allow additional time for such further discussions, and to free Defendants of the duty to file an answer to the complaint, as triggered by denial of its original motion to dismiss, Defendants request, and Plaintiffs do not oppose, an order setting the following schedule:

| | | |
|---|---|---|
| 1 | Plaintiffs to advise whether they will dismiss the action or not | October 8, 2015 |
| 2 | | |
| 3 | If not, Defendants' revised motion to dismiss is due | October 20, 2015 |
| 4 | | |
| 5 | Plaintiffs' opposition brief is due | November 10, 2015 |
| 6 | | |
| 7 | Defendants' reply brief is due | November 24, 2015 |

Respectfully submitted, September 15, 2015, by

JOHN C. CRUDEN
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ John S. Most
JOHN S. MOST, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-616-3353 (voice)
202-305-0506 (fax)
john.most@usdoj.gov

*Counsel for Defendants*

Proposed Discovery Plan and Scheduling Order or Motion to Stay Discovery is due by October 20, 2015.

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
         Magistrate

DATED:  September 22, 2015

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 15th day of September, 2015.

/s/ John S. Most
JOHN S. MOST
Counsel for Defendants